IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Garcia, Enrique C<br>Garcia, Olga S<br>Printed: 11/18/08 | Case Number: 07 B 23566<br>Judge: Wedoff, Eugene R<br>Filed: 12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 5, 2008
Confirmed: February 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,942.00 | |
| Secured: | | 200.00 |
| Unsecured: | | 110.28 |
| Priority: | | 0.00 |
| Administrative: | | 2,373.00 |
| Trustee Fee: | | 171.70 |
| Other Funds: | | 87.02 |
| Totals: | 2,942.00 | 2,942.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Daniel J Winter | Administrative | 2,373.00 | 2,373.00 |
| 2. | American Honda Finance Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | Ridge Grove Condo Association | Secured | 200.00 | 200.00 |
| 6. | Discover Financial Services | Unsecured | 1,890.19 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,968.07 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 2,297.38 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 4,189.58 | 24.92 |
| 10. | Resurgent Capital Services | Unsecured | 1,665.11 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 1,072.65 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 7,288.99 | 43.36 |
| 13. | RoundUp Funding LLC | Unsecured | 2,383.30 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 844.61 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 780.89 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 2,676.02 | 15.92 |
| 17. | ECast Settlement Corp | Unsecured | 4,384.12 | 26.08 |
| 18. | American Express Centurion | Unsecured | 774.89 | 0.00 |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 21. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 34,788.80 | $ 2,683.28 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garcia, Enrique C  
        Garcia, Olga S  
        Printed: 11/18/08

Case Number:  07 B 23566  
Judge:  Wedoff, Eugene R  
Filed:  12/14/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 68.04 |
| 6.5% | 103.66 |
|  | $ 171.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

